UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

V.M.H.,

                Plaintiff,

      v.

UNITED STATES OF AMERICA, et al.,

                Defendants.

Case No.  25-cv-10763-SK

***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether *V.M.H. v. United States of America et al.*, No. 25-cv-10763-SK is related to *M.R. v. Federal Correctional Institution "FCI" Dublin et al.*, No. 22-cv-05137-YGR.

**IT IS SO ORDERED**.

Dated: December 23, 2025

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California